**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6768**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-01-240; CR-01-712)

---

Submitted: September 10, 2004    Decided: September 29, 2004

---

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William M. Bryson, Jr., Appellant Pro Se. Marvin Jennings Caughman, Mark C. Moore, Beth Drake, Assistant United States Attorneys, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his motion filed pursuant to Fed. R. Crim. P. 33, in which Bryson asserted newly discovered evidence. We have reviewed the record and find no reversible error. See United States v. Custis, 988 F.2d 1355, 1395 (4th Cir. 1993) (providing standard). Accordingly, we deny Bryson's motion for an extension of time to file a response, deny as moot the Government's motion to consolidate this appeal with another appeal filed by Bryson, and affirm the district court's order denying Bryson's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED